IN RE CUSTODY OF JAMES LESLIE ALBERTSON.

(Filed 28 January, 1935.)

APPEAL from *Clement, J.*, by Grace H. Albertson, at March Term, 1934, of GUILFORD. Affirmed.

*Thomas Turner, Jr., for petitioner Grace H. Albertson.*
*T. W. Albertson and Walser & Casey for respondent W. H. Albertson.*

CLARKSON, J. This proceeding concerns a writ of *habeas corpus* instituted by Grace H. Albertson for the custody of James Leslie Albertson, infant son, about 8 years of age, of Grace H. and W. H. Albertson. The matter has heretofore been before this Court. *In re Albertson,* 205 N. C., 742.

The brief of petitioner appellant says: "The appellant concedes that if the judgment of the High Point municipal court is a valid judgment, the petitioner must seek her remedy by a motion in the cause in the municipal court of the city of High Point, *In re Blake,* 184 N. C., 278. But if the said judgment is a void judgment, it can have no effect whatsoever upon the petitioner's rights, and *habeas corpus* will lie to determine the custody of the child." See *In re Albertson, supra.* This proceeding is governed by the action of *Grace Hulin Albertson v. W. H. Albertson, ante,* 547.

The judgment of the court below is
Affirmed.

STACY, C. J., dissents.